UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY BETH OUTLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01555-JPH-CSW |
| | ) |
| FRANCISCAN HEALTH, | ) |
| | ) |
| Defendant. | ) |

### ORDER TRANSFERRING ACTION TO THE
### NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

Plaintiff Amy Beth Outland filed an Equal Employment Opportunity Commission Charge of Discrimination form with this Court on September 10, 2024. Dkt. 1. This Court issued an Order on September 18, instructing Ms. Outland to file a complaint pursuant to Federal Rule of Civil Procedure 8, and to address in that complaint why venue is proper in the Southern District of Indiana rather than the Northern District of Indiana. Dkt. 4.

Ms. Outland subsequently filed a complaint, alleging that her employer, Franciscan Health, violated the Americans with Disabilities Act by not granting her transfer from the Olympia Fields location to the Munster location. Dkt. 6. However, Ms. Outland did not address the issue of venue. The events that form the basis of the complaint all appear to have taken place in Munster, and Ms. Outland provides Munster addresses for two of the defendants. *Id.* Munster is located in the Northern District of Indiana. 28 U.S.C. § 94.

.

1

In relation to proper venue, 28 U.S.C. § 1391(a) provides that "[a] civil action may be brought in--

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

28 U.S.C. § 1404, provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

Based on the foregoing, this action is **transferred** to the United States District Court for the Northern District of Indiana, at Hammond.

**SO ORDERED**.

Date: 10/9/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

AMY BETH OUTLAND
1001 Rockwell Ln.
Dyer, IN 46311